IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SUSAN CROSBY**                                                                                   **PLAINTIFF**

**V.**                                      **4:11CV00638 JMM**

**GEORGE HOPKINS, et al**                                                            **DEFENDANTS**

## ORDER

After review of the Defendants' Motion to Dismiss, Plaintiff's Response, and Defendants' Reply. The Court finds that the Motion to Dismiss should be converted to a Motion for Summary Judgment under Federal Rule of Civil Procedure 12(d).

If the parties have an objection to the conversion of this motion to a summary judgment motion, please file a response citing authority for your objection by Monday, December 5, 2011. Otherwise, you may submit any supplemental material in support of your Motion or Response on or before December 30, 2011.

IT IS SO ORDERED this 29th day of November, 2011.


_____
James M. Moody
United States District Judge