IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUSAN CROSBY                                                                    PLAINTIFF

V.                                            4:11CV00638 JMM

GEORGE HOPKINS, et al                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order granting Defendants' motion for summary judgment, Judgment is hereby entered in favor of the Defendants and against the Plaintiff with prejudice.

IT IS SO ORDERED this 16th day of April, 2012.


                                                                    _____
                                                                    James M. Moody
                                                                    United States District Judge